

Genova Burns LLC
494 Broad Street, Newark, NJ 07102
Tel: 973.533.0777  Fax: 973.533.1112
Web: www.genovaburns.com

Rajiv D. Parikh, Esq.
Partner
Member of NJ and NY Bars
rparikh@genovaburns.com
Direct: 973-535-4446

December 6, 2019

**VIA ELECTRONIC FILING**
Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
District of New Jersey
402 East State Street
Trenton, New Jersey 08608

    Re:    **Todd Stathum v. Barry Nadrowski, et al.**
            **Case No. 3:15-cv-05502-MAS-TJB**

Dear Judge Bongiovanni:

    As Your Honor is aware, the Court appointed this office as pro bono counsel for plaintiff Todd Stathum on October 28, 2019. With the consent of opposing counsel, we write to respectfully request an additional forty-five (45) days, given the holidays, to meet and confer and submit a joint proposed scheduling order. We have already conferred with defendant's counsel who will be providing us with copies of discovery exchanged to date and are working with the facility where Mr. Stathum is located to speak with him.

    Thank you for your attention to this matter and courtesy.

                                   Respectfully submitted,

                                   **GENOVA BURNS LLC**

                                   */s/ Rajiv D. Parikh*
                                   RAJIV D. PARIKH

CZ/RDP:jjr
c:  Christopher Zamlout, Esq. (via electronic mail)
    Lori D. Reynolds, Esq. (via electronic mail)

#15053705v1 (21709.095)